✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Dr. Milton Hodosh

**APPEARANCE**

V.

Milestone Scientific Inc.

Case Number:  07 CIV 7809

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dr. Milton Hodosh
243 Elmwood Avenue
Providence, Rhode Island 02907

I certify that I am admitted to practice in this court.

| 9/19/2007 | _Signature_ |
| Date | |
| | Andrew Langsam, Esq.          ASL 7396 |
| | Print Name                    Bar Number |
| | Pryor Cashman LLP  410 Park Avenue |
| | Address |
| New York | New York | 10022 |
| City | State | Zip Code |
| | (212) 421-4100 |
| | Phone Number                  Fax Number |