|  |  |
|---|---|
| DR. MILTON HODOSH )<br><br>V. )<br><br>MILESTONE SCIENTIFIC, INC. ) | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 07 CIV 7809<br><br>**Affidavit of Service** |

**State of New Jersey**
                              **SS:**
**County of Bergen**

I, **DANNY CALLAHAN** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **September 5, 2007** at **3:16 PM**, deponent served the within named **CIVIL COVER SHEET, SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE VICTOR MARRERO SOUTHERN DISTRICT OF NEW YORK AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON** upon **MILESTONE SCIENTIFIC, INC.**, Defendant. Said service was effected at **MILESTONE SCIENTIFIC, INC., 220 SOUTH ORANGE, LIVINGSTON, NJ 07039**, in the following manner;

A foreign corporation, by delivering thereat a true copy of each to **THOMAS ROMCA** personally. Deponent knew said corporation so served to be the corporation described as **MILESTONE SCIENTIFIC, INC.** and knew said individual to be the **PRESIDENT** thereof, an authorized person to accept service of process.

**THOMAS ROMCA** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin Color: **White**  Hair: **Black**  Age(Approx): **55**  Ht.(Approx): **6' 1"**  Wt.(Approx): **200-225 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on September 5, 2007

DANNY CALLAHAN, PROCESS SERVER
Gotcha Attorney Services, Inc.
PO Drawer 1240
Aquebogue, NY 11931
631-369-4925

CLS # 35054

DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/07