USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-07

MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
DR. MILTON HODOSH

                  Plaintiff,

   - against -

MILESTONE SCIENTIFIC INC.

                 Defendant.
-----------------------------------------x

Case No. 07cv7809 (VM) (DFE)

      IT IS HEREBY STIPULATED, BY AND BETWEEN the undersigned counsel that the time for Defendant to answer, move or otherwise respond to the Verified Complaint herein is extended to and including November 5, 2007.

Dated:   New York, New York
           October 24, 2007

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
    Martin S. Siegel, Esq.

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Attorneys for Defendant
Milestone Scientific Inc.

PRYOR CASHMAN LLP

By: _____
    Andrew Langsam, Esq.

410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Attorneys for Plaintiff
Dr. Milton Hodosh

SO ORDERED 29 October 2007

_____
United States District Judge
   Victor Marrero

8169279 v2