Martin S. Siegel, Esq. (MS-9490)
Mark S. Leonardo, Esq. (ML-BBO #629,748)(not a member of the New York Bar)
Brown Rudnick Berlack Israels LLP
Attorneys for Milestone Scientific Inc.
Seven Times Square
New York, New York 10036
(212) 209-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DR. MILTON HODOSH

        Plaintiff,

   - against -

MILESTONE SCIENTIFIC INC.

        Defendant.
----------------------------------------------------------x

Case No. 07cv7809 (VM) (DFE)

## RULE 7.1(a) DISCLOSURE STATEMENT

     Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Milestone Scientific Inc. hereby certify that Milestone Scientific Inc. is a publicly held corporation, and that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      November 5, 2007

BROWN RUDNICK BERLACK ISRAELS LLP

By: /s/ Martin S. Siegel
Martin S. Siegel, Esq. (MS-8480)
Mark S. Leonardo, Esq. (ML-BBO #629,748)
  (not a member of the New York Bar)

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Attorneys for Defendant Milestone Scientific Inc.