```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :      Order
    MILTON HODOSH                   :   Rescheduling Conference
                                    :
                 Plaintiff,         :   07 Civ. 7809 (VM)
                                    :
    - against -                     :
                                    :
    MILESTONE SCIENTIFIC,           :
                                    :
                 Defendant.         :
------------------------------------X
```

Counsel for all parties are advised that the conference before Judge Marrero scheduled for August 22, 2008 at 10:00 a.m is adjourned to September 12, 2008 at 10:45 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

**Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.**

Dated:    New York, New York
          18 July 2008

                                          /s/ Victor Marrero
                                          Victor Marrero
                                             U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-08
```