USDC SDNY
DATE SCANNED 8/4/08

TANYA D. BOSI
direct dial: 212 209-4935
tbosi@brownrudnick.com

# MEMO ENDORSED

July 31, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

VIA FACSIMILE AND FIRST CLASS MAIL

The Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007-1312

Re: Dr. Milton Hodosh v. Milestone Scientific Inc.
07cv07809 (VM)(DFE)

Dear Judge Eaton:

As Your Honor is aware, this firm represents defendant Milestone Scientific Inc. ("Milestone") in connection with the above referenced action. This letter is submitted jointly by Milestone and plaintiff Dr. Milton Hodosh ("Hodosh") with respect to the Court ordered Case Management Plan and Scheduling Order, dated February 15, 2008 (the "Scheduling Order").

In light of ongoing good faith settlement discussions between Hodosh and Milestone, and in accordance with Local Rule 16.2 of this Court and paragraph 3 of Your Honor's Standing Order for Discovery Disputes, the parties hereby respectfully request an adjournment of the case deadlines set forth in the Scheduling Order as follows: (i) Scheduling Order No. 5, completion of all fact discovery, from August 15, 2008 to October 31, 2008; (ii) Scheduling Order No. 6(c) and (d), completion of depositions and any additional contemplated discovery, from August 15, 2008 to October 31, 2008; (iii) Scheduling Order No. 7, completion of all expert discovery, from October 14, 2008 to January 16, 2009; and (iv) Scheduling Order No. 8, contemplated motions, as follows: (a) last day to file summary judgment motions (both parties): November 14, 2008 to February 24, 2009; (b) last day to file opposition papers (both parties): December 5, 2008 to March 17, 2009; and (c) last day to file reply papers (both parties): December 19, 2008 to March 31, 2009.

Counsel for Hodosh and Milestone continue to confer with their respective clients and among themselves in an effort to resolve the parties' respective claims in this action and believe the additional requested time, as set forth above, would be most helpful to the settlement process.

*8/4/08 — I grant the request for these extensions, but it is very unlikely that I will grant any further extensions. I direct the attorneys to contact Judge Marrero immediately if they wish to adjourn his 8/27/08 conference.*

*Douglas F. Eaton*

The Honorable Douglas F. Eaton
July 31, 2008
Page 2

This is the first request made by any party for an extension of the Scheduling Order.

We are available to conference any issues the Court may have with respect to this joint request.

PRYOR CASHMAN LLP

_____
Andrew S. Langsam (AL-7396)
Mark A. Tamoshunas (MT-    )
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-2100
Facsimile: (212) 326-0806

BROWN RUDNICK LLP

_____
Martin S. Siegel, Esq. (MS-9490)
Tanya D. Bosi, Esq. (TB-5311)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801