UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
    MILTON HODOSH                 :    **Scheduling Order**

                  Plaintiff,    :    07 Civ. 7809(VM)

    - against -                :

    MILESTONE SCIENTIFIC,      :

                  Defendant.    :
------------------------------------X

Counsel for all parties are advised that the conference before Judge Marrero scheduled for September 12, 2008 at 10:45 a.m. is adjourned to November 14, 2008 at 4:00 p.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

**Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.**

Dated:    New York, New York
           3 September 2008

                                          Victor Marrero
                                          U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08